**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZUCKERMAN FAMILY FARMS, INC., a California corporation; and BELLA BRANDS, LLC, a California limited liability company,<br><br>        Plaintiffs,<br><br>   v.<br><br>BIDART BROS., a California corporation, and DOES 1 through 20, inclusive,<br><br>        Defendants.<br>_____/ | 1:14-cv-01529-AWI-BAM<br><br>**ORDER DISMISSING THE ACTION AND CLOSING THE CASE** |

     On April 2, 2014, this Court ordered Plaintiff to show cause why this action should not be dismissed and the case closed for failure to comply with this Court's December 17, 2014 order and for failure to prosecute. On April 7, 2014, Plaintiff responded by directing this Court to the language of its December 17, 2014 order: "[a]ny amended complaint must be filed within 60 days…." Doc. 17 at 19. Plaintiff correctly notes that this language did not require the filing of an amended complaint. However, because all of Plaintiff's claims were dismissed for lack of standing or failure to state a claim, Plaintiff's failure to file an amended complaint effectively terminates this action.

Because there are no remaining claims before this Court and Plaintiff failed to file an amended complaint within the time provided for amendment, and because Plaintiff has failed to prosecute this action, this action will be dismissed with prejudice.[1] Fed. R. Civ. P. 41(b); *see* Doc. 22.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice;
2. The Clerk of the Court is respectfully directed to close this case.

This order terminates this action.

IT IS SO ORDERED.

Dated:   April 8, 2015                               _____
                                                     SENIOR  DISTRICT  JUDGE

---

[1] Plaintiff's first and second causes of action were dismissed for lack of standing. Despite that determination, no part of this order precludes a party or parties with standing from bringing suit based on the Plant Variety Protection Act.